■ ARTISTS CORPORATION OF AMERICA, Appellant, v. CHARLES CERNEY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to the plaintiff to serve an amended complaint within 20 days after service of a copy of the order with notice of entry thereof. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ ALVERNA BROWN, as Administratrix of the Estate of GEORGE B. BROWN, Deceased, Plaintiff, v. GEORGE A. FULLER Co. et al., Defendants. GEORGE A. FULLER Co. et al., Third-Party Plaintiffs, v. DRACHMAN DEMOLITION Co., INC., Third-Party Defendant. JAMES L. GETOMER, Doing Business as A & P CRANE RENTAL Co., Third-Party Plaintiff-Respondent, v. DRACHMAN DEMOLITION Co., INC., Third-Party Defendant-Appellant.— The first cause of action in the third-party complaint is sufficient. The original complaint charges defendant Getomer with acts of negligence, some of which, depending upon the proof at the trial, may establish secondary liability as compared with possible primary liability of the third-party defendant Drachman Demolition Co., Inc. However, the second cause of action in the third-party complaint which seeks recovery based upon contractual indemnity is not sufficient. It is not necessary that the contract be annexed to the complaint, but the allegations must set forth the legal effect of such agreement and, to be sufficient, such allegations must establish that the third-party defendant undertook to indemnify the third-party plaintiff for the wrongful acts of the third-party plaintiff. Order unanimously modified so as to dismiss the second cause of action contained in the third-party complaint, but with leave to the third-party plaintiff to serve an amended complaint within 10 days after service of a copy of the order herein, with notice of entry thereof, and without costs to either party. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of the Arbitration between CHARLES A. MORLA, SR., Respondent, and KAUNITZ & O'BRIEN, INC., Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. — Order unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of G. LAUDER GREENWAY, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ CHASE MANHATTAN BANK et al., as Executors of EDWARD H. GEHRING, Deceased, Appellants, v. GEHRING LACES, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of the Arbitration between JOSEPH PORTWOOD, Doing Business as PORTWOOD COMPANY, Respondent, and SCOTT STAMP & COIN Co., INC., Appellant. — Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.